**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

13-1437

**TREBRO MANUFACTURING, INC.,**

*Plaintiff-Appellant,*

v.

**FIREFLY EQUIPMENT, LLC and
STEVEN R. APOSHIAN,**

*Defendant-Appellee.*

Appeal from the United States District Court for the District of Montana in case no. 13-CV-0036 United States District Judge Sam E. Haddon

## MANDATE

In accordance with the judgment of this Court, entered April 09, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc: Clerk of Court, District of Montana (Billings)
Timothy Blair Smith
Antoinette M. Tease
Terry Eugene Welch