

FILED

AUG 13 2014

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| TREBRO MANUFACTURING, INC., a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIREFLY EQUIPMENT, LLC, a Utah limited liability company, and STEVEN R. APOSHIAN,<br><br>Defendants. | No. CV 13-36-BLG-SEH<br><br>ORDER |

IT IS HEREBY ORDERED that Plaintiff Trebro's unopposed motion for an order setting the deadline for Trebro to respond to Defendants' motion for partial summary judgment re patent infringement and motion for claim construction[1] is GRANTED.

---

[1] (Doc. 162.)

-1-

Trebro shall file a response to Defendants' Motion for partial summary judgment on plaintiff's patent infringement claims (Doc. 144) and Defendants' motion for claim construction (Doc. 151) on or before August 27, 2014.

DATED this 13th day of August, 2014.

*[signature]*

SAM E. HADDON
United States District Judge