

FILED

AUG 29 2014

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| TREBRO MANUFACTURING, INC., a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIREFLY EQUIPMENT, LLC, a Utah limited liability company, and STEVEN R. APOSHIAN,<br><br>Defendants. | No. CV 13-36-BLG-SEH<br><br><br>**ORDER** |

Trebro's Unopposed Motion for Leave to File Under Seal its Unredacted Response Brief, Statement of Disputed Facts and Certain Exhibits in Support of Trebro's Response to Defendants' Motion for Partial Summary Judgment on Plaintiff's Patent Infringement Claims[1] is GRANTED subject to the condition and

---

[1] (Doc. 197.)

limitation: If any part of content of any document or documents filed under seal is cited or relied upon by the Court in resolving any issue, the sealed document or documents will be made public contemporaneously with the Court's ruling.

DATED this 29th day of August, 2014.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge