
FILED

AUG 29 2014

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TREBRO MANUFACTURING, INC., a Montana Corporation,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>FIREFLY EQUIPMENT, LLC, a Utah limited liability company, and STEVEN R. APOSHIAN,<br><br>Defendants/Counterclaimant. | 1:13-cv-00036-SEH<br><br>**ORDER** |

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to set Extended Deadlines for Defendants to Respond to Plaintiff's (1) Motions *in Limine* (Docs. 166; 174) and (2) oppositions to Defendants' Motions for Summary Judgment on the Copyright Claim and Motion *in* Limine (Docs. 185; 182) is GRANTED.

Defendants shall have until September 5, 2014 to respond to Plaintiff's Motions *in Limine* (Docs. 166;174) and until September 8, 2014 to respond to

Plaintiff's oppositions to Defendants' motion for summary judgment on the copyright claim and motion *in limine* (Docs. 185; 182).

DATED this 29th day of August, 2014.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge