

FILED

SEP - 5 2014

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| TREBRO MANUFACTURING, INC., a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIREFLY EQUIPMENT, LLC, a Utah limited liability company, and STEVEN R. APOSHIAN,<br><br>Defendants. | No. CV 13-36-BLG-SEH<br><br>ORDER |

The Court will conduct a hearing on September 19, 2014, at 9:00 a.m. at the James F. Battin Courthouse, Billings, Montana, to address the following motions:

1. Defendants' Motion for Partial Summary Judgment on Plaintiff's Copyright Infringement Claim;[1]

2. Defendants' Motion for Partial Summary Judgment on Plaintiff's

---

[1] (Doc. 141.)

Patent Infringement Claims;[2]

3. Defendants' Motion for Claim Construction;[3]

4. Defendants' Motion *in Limine* Re: Evidence from Trebro or its Expert Regarding Lost Sales and Lost Profits Damages;[4]

5. Trebro's Motion for Summary Judgment of Willful Patent Infringement;[5]

6. Trebro's Motion *in Limine* to Exclude Certain Irrelevant and Unfairly Prejudicial Evidence and Argument;[6] and

7. Trebro's Motion *in Limine* to Preclude Certain Evidence or Argument in Defense of Copyright Infringement Claim.[7]

DATED this 5th day of September, 2014.

SAM E. HADDON
United States District Judge

---

[2] (Doc. 144.)

[3] (Doc. 151.)

[4] (Doc. 155.)

[5] (Doc. 157.)

[6] (Doc. 166.)

[7] (Doc. 174.)