PAUL GALLARDO, Special Master
FLAHERTY LAW OFFICE
1026 1ST Ave. S.,
P.O. Box 1968
Great Falls, Montana 59403
Telephone:  (406) 727-8494
Facsimile:   (406) 727-8537
paul@flahertylawyers.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| TREBRO MANUFACTURING, INC., a Montana corporation<br><br>Plaintiff,<br><br>vs.<br><br>FIREFLY EQUIPMENT, LLC, a Utah limited liability company, and STEVEN R. APOSHIAN,<br><br>Defendants. | Case No. CV-13-36-BLG-SEH<br><br>**SPECIAL MASTER'S ORDER SETTING HEARING** |

The undersigned has been appointed Special Master in this civil action to advise and assist in the resolution of Plaintiff's Motion *in Limine* to Preclude Evidence or Argument in Defense of Copyright Infringement Claim.[1]  The Special

---

[1] See Document Nos. 240, 244.

1

Master has established that a hearing is appropriate to assist in resolving this Motion.

THEREFORE, IT IS HEREBY ORDERED:

The Special Master will conduct a hearing on Plaintiff's Motion *in Limine* to Preclude Evidence or Argument in Defense of Copyright Infringement Claim[2] at 10:00 a.m. on November 7, 2014, in the Bighorn Courtroom, at the James F. Battin Federal Courthouse in Billings, Montana.

DATED this 23rd day of October, 2014.

Paul Gallardo, Special Master

cc: All Counsel of Record

---

[2] Document No. 174.

2